ARNOLD L. BEIZER *v.* DONALD JOSLIN
(11140)

FOTI, LAVERY and SCHALLER, Js.

Argued January 14—decision released February 9, 1993

*Mark R. Leder,* for the appellant (plaintiff).
*M. Hatcher Norris,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.